# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0610

VERSUS

RICKY JOHNSON A/K/A RICKY                                   **AUGUST 29, 2022**
PARKER

---

In Re:     Ricky  Johnson  a/k/a  Ricky  Parker,  applying  for
           supervisory  writs,  19th  Judicial  District  Court,
           Parish of East Baton Rouge, No. 05-05-0110.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED AS MOOT.**  The record of the Clerk of Court of
East  Baton  Rouge  Parish  reflects  the  district  court  denied
relator's  Motion  to  Correct  an  Illegal  Habitual  Offender
Sentence on August 10, 2022.

                              **JMM**
                              **PMc**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

α.Sm

---
DEPUTY CLERK OF COURT
      FOR THE COURT